### In the Matter of Hilary Bowe RICKS, Respondent.

No. 49S00–0411–DI–471.

Supreme Court of Indiana.

April 10, 2009.

*PUBLISHED ORDER GRANTING RELEASE FROM DISCIPLINARY PROBATION*

On October 4, 2005, this Court suspended Respondent from the practice of law for a period of six months, all of which was stayed provided that Respondent complied with certain terms and conditions of probation for a period of one year. On February 24, 2009, Respondent filed a petition to terminate probation and an affidavit of compliance. On March 4, 2009, the Indiana Supreme Court Disciplinary Commission filed a "No Objection to Termination of Probation," asking that Respondent be allowed to return to the unconditional practice of law.

Being duly advised, the Court GRANTS the petition and ORDERS that Respon-